IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHN H. THOMPSON, #161 484, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:22-CV-143-WHA-CWB |
| ) | |
| CITY OF MILLBROOK, ALABAMA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on August 2, 2022. Doc. 7. There being no timely objections filed to the Recommendation, and after an independent review of the file, it is ORDERED that:

1. The Recommendation (Doc. 7) is ADOPTED.

2. Plaintiff's 42 U.S.C. § 1983 claims against Judge Lynn Bright are DISMISSED with prejudice under 28 U.S.C. § 1915.

3. Plaintiff's 42 U.S.C. § 1983 claims against the City of Millbrook are DISMISSED without prejudice under 28 U.S.C. § 1915.

4. Plaintiff's claims against Lieutenant Youngblood are DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

Final Judgment will be entered separately.

Done, this 26th day of August 2022.

                         /s/  W. Harold Albritton
                         W. HAROLD ALBRITTON
                         SENIOR UNITED STATES DISTRICT JUDGE